UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

JOHN JAMES PETCKA and
DEBORAH LEA PETCKA,	Case No. 12-20052

    Debtors.

## OBJECTION TO TRUSTEE'S MOTION AND NOTICE OF MOTION TO DISMISS

    NOW COME John James Petcka and Deborah Lea Petcka, by their attorney, Terrence J. Byrne and Object to the Trustee's Motion and Notice of Motion to Dismiss on the basis that the Debtors have provided a copy of their 2014 Federal and State tax returns and did not receive any refund.

    WHEREFORE, the Debtor requests that the Trustee's Motion to Dismiss be denied.

Dated this 18th day of January, 2016.

    Terrence J. Byrne
    Attorney for Debtor
    P.O. Box 1566
    Wausau, WI 54402-1566
    (715) 848-2966